IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re: United States of America )
           v.                             )    Case No.  09-CR-578 (GLS)
       MARCEL PERRY              )

*U.S. DISTRICT COURT - N.D. OF N.Y.*
*FILED*
*JUN 0 1 2018*
*AT ___ O'CLOCK*
*Lawrence K. Baerman, Clerk - Albany*

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum,    ☐ Ad Testificandum:

1. Name of detainee: Marcel Perry
2. A/K/A(s)(if applicable): Click here to enter text.
3. Prisoner ID# (if applicable): DOB: 5/25/1987
4. Detained by: Albany County Jail
   Address: 840 Albany Shaker Road, Albany, NY 12211
5. Detainee is:
   A: ☒ charged in this district by:
      ☒ Indictment   ☐ Information   ☐ Complaint
   B: ☐ a witness not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on   Friday, June 01, 2018   at 1:30 pm   for:
☒ proceedings to be held at   Albany, NY
☐ proceedings to be held at   Choose an item.   before   Hon. Christian F. Hummel
                                                                    Judicial Officer (if court proceeding)

_Richard D. Belliss_ /emb
Richard D. Belliss
Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum,    ☐ Ad Testificandum:

The above application is granted and the above-named custodian,   as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: June 1, 2018        _Claudia J. Hinton_
                                              United States Magistrate Judge

### RETURN OF SERVICE

Executed on _____    by _____
                                                                (Signature)

Revised 7/18/13