**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
—————————————

UNITED STATES OF AMERICA,

        v.                                    No. 1:09-CR-578 (GLS)

MARCEL PERRY,

                  Defendant.
—————————————————

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

### ORDER OF DETENTION

The defendant appeared for an initial appearance and detention hearing on June 1, 2018. The United States moved for the detention of the defendant pending a final revocation hearing upon the grounds that the defendant is a danger to the community. The defendant opposed the motion.

Wherefore, the undersigned finds, for the reasons stated herein and those incorporated by reference, which were stated on-the-record at the conclusion of the detention hearing on June 1, 2018, that credible testimony and information were submitted at the hearing which established that there are no conditions or combination thereof which would assure the community's continued safety. Accordingly, it is hereby

**ORDERED** that pursuant to Fed. R. Crim. P. 32.1(a)(1) and 46(c), and pursuant to 18 U.S.C. §§ 3142 and 3143, the defendant shall be held without bail pending a hearing on the revocation of the defendant's conditions of supervised release before United States District Court Judge Gary L. Sharpe on June 25, 2018 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:    June 4, 2018
             Albany, New York

Christian F. Hummel
U.S. Magistrate Judge